IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                          ) CHAPTER 13
ESPANITA T. MOYE                )
                                ) CASE NO. 05-31665-DHW-13
              Debtor(s).        )

### CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the stipulation of the parties to a modification of the automatic stay, it is ORDERED that the Motion for Relief filed by GREEN TREE SERVICING L.L.C. is conditionally denied with the following proviso:

ORDERED The pre and post-petition arrears on GREEN TREE SERVICING L.L.C. installment payments through DECEMBER 15, 2005, are placed under the plan, along with accrued fees and costs of the attorney for the creditor($425.00), all amounting to approximately $4,450.63. The amended claim must include any pre-petition arrears for which a proof of claim has already been filed, and the post-petition arrears, fees and costs. This claim, which includes the pre and post-petition arrears, fees and costs is designated as the amended claim, to be paid in accordance with the terms of the plan. Interest shall accrue on that amended claim at 8.0 %. The debtor authorizes the trustee to modify the plan to implement such modification.

The amended claim shall be given a specified monthly payment of $105.00. Debtors payments to trustee are set at $56.00 per WEEK. It is

FURTHER ORDERED that beginning with the payment due in JANUARY 15, 2006, if the post-petition payments come into default and remain in default without being cured for a period of 30 days, the stay will lift automatically without further notice and hearing, and movant may proceed with foreclosure.

If the stay lifts pursuant to this order, it shall also lift as to the comaker, KEVIN A. BEBLEY.

Dated: December 23, 2005.


/s/ Dwight H. Williams, Jr.
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY THE PARTIES IN OPEN COURT AND APPROVED BY THE TRUSTEE:


/s/ Sabrina L. McKinney (for the)
Chapter 13 Trustee

```
CC: LEONARD MATH
    Richard Shinbaum
    DEBTOR
```

2